IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EL RO AL, ) | |
| ) | Case No. |
| Plaintiff, ) | |
| ) | JUDGE |
| v. ) | |
| ) | Magistrate |
| The CITY OF CHICAGO Illinois, a municipal ) | |
| corporation, & JOSEPH G. BENNETT (#19733), ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES Plaintiff, EL RO AL (hereinafter referred to as "Plaintiff"), by and through his attorney, Julian Johnson, The Law Office of Julian Johnson, LLC, for Plaintiff's Complaint and jury demand against Defendant JOSEPH G. BENNETT (#19733) and the CITY OF CHICAGO, Illinois, a municipal corporation, states as follows:

## JURISDICTION & VENUE

1. This action is brought pursuant to 42 U.S.C. §1983 to redress the deprivation under color of law of Plaintiff's rights as secured by the United States Constitution.

2. This Court has jurisdiction of the action pursuant to 28 U.S.C. §1331 and §1367.

3. Venue is proper under 28 U.S.C. §1391(b). The events giving rise to the claims asserted in this Complaint occurred within this district.

## PARTIES

4. Plaintiff El Ro Al is a resident of Chicago, Illinois.

1

5. At all relevant times, Defendant Benett was a City of Chicago police officer, employed by Defendant City of Chicago, acting under color of law and within the course and scope of his employment.

6. Defendant City of Chicago is a municipal corporation, duly incorporated under the laws of the State of Illinois, and at the time of the incident in this case, was the employer and principal of Defendant Bennett. Should Plaintiff prevail on his claims, Defendant City of Chicago must indemnify Defendant Bennett on Plaintiff's claims pursuant to 735 ILCS 10/9-102.

## FACTS

7. On November 30, 2021, after a traffic stop, Plaintiff was detained and arrested by Chicago Police officers including Defendant Bennett.

8. During the traffic stop, Plaintiff was handcuffed behind his back and placed in the back of a CPD police vehicle.

9. After Plaintiff exited the CPD police vehicle, suddenly and without provocation, Defendant Bennet used his right hand to violently shove Plaintiff, knocking Plaintiff to the ground.

10. Plaintiff's hands were handcuffed behind his back when Defendant Bennett made contact with Plaintiff's body.

11. Plaintiff suffered injuries after falling to the ground and required medical attention.

12. The following pictures are snapshots of the video that captured Defendant Bennett, violently shoving Plaintiff to the ground.












13. Plaintiff suffered physical injuries as a result of the unlawful conduct engaged in by Defendant Bennett.

## COUNT I
### 42 U.S.C. § 1983 – Excessive Force
### Plaintiff Against Defendant Bennett

14. Plaintiff realleges and incorporates the factual allegations in paragraphs 1-13 as if fully stated herein.

15. As described in the above paragraphs, Defendant Bennett used excessive force against Plaintiff, thus violating his rights under the Fourth Amendment of the United States Constitution and 42 U.S.C. Section 1983.

16. The actions of Defendant Bennett were intentional and committed with reckless disregard for Plaintiff's rights.

17. As a direct and proximate consequence of Defendant Bennett's misconduct, Plaintiff suffered damages, including pain and suffering and, other damages which will be proven at trial.

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory damages, punitive damages, attorneys' fees, costs, and such other relief that this Court deems equitable and just.

## COUNT II
### Illinois State Law – Battery
**Plaintiff Against All Defendants**

18. Plaintiff realleges and incorporates the factual allegations in paragraphs 1-13 as if fully stated herein.

19. As described more fully above, the misconduct committed by Defendant Bennett and the City of Chicago, through its employee and agent, includes making physical contact with Plaintiff in numerous ways that were offensive and harmful.

20. The offensive contact alleged herein was made without legal justification.

21. As a result of the offensive contact, Plaintiff suffered physical injuries. Additionally, Plaintiff suffered damages, pain and suffering, and other damages which will be proven at trial.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, punitive damages, attorneys' fees, costs, and such other relief that this Court deems equitable and just.

## COUNT III
### Indemnification
**Against the City of Chicago**

22. Each of the foregoing paragraphs is incorporated as if fully restated herein.

23. At all relevant times, Defendant City of Chicago was the employer of Defendant Bennett.

24. In Illinois, public entities are directed to pay for any tort judgment for compensatory damages for which employees are liable within the course and scope of their employment activities.

25. Defendant Bennett committed the alleged acts under the color of law and in the course and scope of his employment with the City of Chicago.

26. As a proximate cause of Defendant Bennett's unlawful acts, which occurred within the course and scope of his employment activities, Plaintiff suffered physical and monetary injuries.

**WHEREFORE,** should Defendant Bennett be found liable, Plaintiff demands judgment against Defendant for compensatory damages, punitive damages, attorneys' fees, costs, and such other relief that this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

**DATED**: January 10, 2022                                  Respectfully Submitted,

                                                                            El Ro AL, Plaintiff

                                                               By:     /s/ Julian Johnson
                                                                              Plaintiff's Attorney
                                                                              The Law Office of Julian Johnson
                                                                              55 East Monroe Street, Suite 3800
                                                                              Chicago, Illinois 60603
                                                                              Phone: 312-487-1711
                                                                              julian@julianjohnsonlaw.com